## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **JAVIER OPOCZYNSKI** | : | |
| | : | |
| AND | : | No.: |
| | : | |
| **ARIEL OPOCZYNSKI** | : | **JURY TRIAL OF TWELVE (12)** |
| | : | **JURORS DEMANDED.** |
| AND | : | |
| | : | |
| **TZIPORA LLC** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **ABC CAPITAL INVESTMENTS, LLC** | : | |
| 305 N. 3rd Street | : | |
| Philadelphia, PA 19122 | : | |
| | : | |
| AND | : | |
| | : | |
| **ABC CAPITAL RE LTD.** | : | |
| 1218 N. Marshall Street | : | |
| Philadelphia, PA 19122 | : | |
| | : | |
| AND | : | |
| | : | |
| **ABC CAPITAL RE** | : | |
| 1218 N. Marshall Street | : | |
| Philadelphia, PA 19122 | : | |
| | : | |
| AND | : | |
| | : | |
| **ABC CAPITAL MIAMI LLC** | : | |
| 175 SW 7th Street, No. 2110 | : | |
| Miami, Florida 33130 | : | |
| | : | |
| AND | : | |
| | : | |
| **ABC CAPITAL BALTIMORE, LLC** | : | |
| 518 S. Conkling St., 4th Fl. | : | |
| Baltimore, MD 21224 | : | |
| | : | |
| AND | : | |

                                              :
**ABC MANAGEMENT –**                          :
**BALTIMORE, LLC**                            :
100 International Drive, Fl. 23.              :
Baltimore, MD 21202                           :
                                              :
     AND             :
                                              :
**ABC CAPITAL FINANCE, LLC**                  :
1218 N. Marshall Street                       :
Philadelphia, PA 19122                        :
                                              :
     AND             :
                                              :
**ABC CAPITAL HOLDINGS, LLC**                 :
1218 N. Marshall Street                       :
Philadelphia, PA 19122                        :
                                              :
     AND             :
                                              :
**ABC CAPITAL INCOME FUND, LLC**              :
1218 N. Marshall Street                       :
Philadelphia, PA 19122                        :
                                              :
     AND             :
                                              :
**ABC CAPITAL REALTY, LLC**                   :
1218 N. Marshall Street                       :
Philadelphia, PA 19122                        :
                                              :
     AND             :
                                              :
**ABC HORIZONS, LLC**                         :
3604 Eastern Avenue, 1st Fl.                  :
Baltimore, MD 21224                           :
                                              :
     AND             :
                                              :
**HORIZON II, LLC**                           :
1218 N. Marshall Street                       :
Philadelphia, PA 19122                        :
                                              :
     AND             :
                                              :
**PHILLY METRO BUILDERS, LLC**                :
4235 Main Street

Philadelphia, PA 19127                  :
                                        :
     AND                                 :
                                        :
**MD FIRST CONSTRUCTION**               :
**COMPANY, LLC**                        :
1218 N. Marshall Street                 :
Philadelphia, PA 19122                  :
                                        :
     AND                                 :
                                        :
**IPP USA, LLC**                        :
1714 Memphis St., Ste. C-8              :
Philadelphia, PA 19125                  :
                                        :
     AND                                 :
                                        :
**IPP-BALTIMORE, LLC**                  :
100 International Dr., 23rd Fl.          :
Baltimore, MD 21202                     :
                                        :
     AND                                 :
                                        :
**AGL CAPITAL INVESTMENTS, LLC**        :
1218 North Marshall Street              :
Philadelphia PA 19122                   :
                                        :
     AND                                 :
                                        :
**STATESIDE-PHILLY, LLC**               :
C/O M. Burr Keim Co.                    :
2021 Arch St.                           :
Philadelphia, PA 19103                  :
                                        :
     AND                                 :
                                        :
**477 MANAGEMENT, LLC**                 :
175 SW 7th Street, No. 1508             :
Miami, Florida 33130                    :
                                        :
     AND                                 :
                                        :
**477 INTERNATIONAL REALTY, LLC**       :
175 SW 7th Street, No. 1508             :
Miami, Florida 33130                    :
                                        :

AND                                    :
                                       :
**RICARDO SCATTOLINI**                 :
175 SW 7th Street, No. 1508            :
Miami, Florida 33130                   :
                                       :
     AND                               :
                                       :
**FLORENCIA MELENDEZ**                 :
175 SW 7th Street, No. 1508            :
Miami, Florida 33130                   :
                                       :
     AND                               :
                                       :
**JASON "JAY" WALSH**                  :
305 N. 3rd Street                      :
Philadelphia, PA 19122                 :
                                       :
     AND                               :
                                       :
**AMIR VANA**                          :
305 N. 3rd Street                      :
Philadelphia, PA 19122                 :
                                       :
     AND                               :
                                       :
**YARON ZER**                          :
305 N. 3rd Street                      :
Philadelphia, PA 19122                 :
                                       :
     AND                               :
                                       :
**PETER BROOKS**                       :
305 N. 3rd Street                      :
Philadelphia, PA 19122                 :
                                       :
     AND                               :
                                       :
**JOHN DOES 1-10**                     :
                                       :
               Defendants.             :

---

## <u>CIVIL ACTION COMPLAINT</u>

**I.    INTRODUCTION**

1.      Plaintiffs, Javier Opoczynski, Ariel Opoczynski, and Tzipora LLC bring this action against a variety of businesses and individuals that, in conjunction with one another, operated as a corrupt organization under the Racketeer Influenced and Corrupt Organizations Act in a sophisticated ponzi scheme[1].

2.      The RICO Enterprise marketed itself, particularly to foreign investors who spoke English as a second language, as a "one-stop", "hands-off" solution to invest in "income-producing properties", i.e. rental properties located in Miami, Baltimore, and/or Philadelphia.

3.      The RICO Enterprise represented to investors that in exchange for the amount paid for each rental property, the investor would receive one or more fully-renovated, rental properties that would be exclusively managed by the RICO Enterprise.

4.      In fact, the RICO Enterprise guaranteed the rental income for the first twenty-four months of ownership and even offered an "rental assurance" package that would be purchased annually to guarantee rental income in subsequent years.

5.      Plaintiffs, Javier Opoczynski, Ariel Opoczynski, and Tzipora LLC invested approximately $234,025 through the RICO Enterprise for the purchase of two (2) properties, which included approximately $96,000 for the full renovation of the properties.

6.      However, in reality, the RICO Enterprise would use the funds that were designated to fully-renovate the properties to pay prior investors the prior investors' guaranteed rental income, as well as line their own pockets.

7.      In 2020, it is believed and therefore averred that the RICO Enterprise's pyramid began to tumble following a thirty-three-plaintiff lawsuit, filed in December 2019, alleging a RICO-count

---

[1]      All Defendant entities and individuals named herein are believed and therefore averred to be members of the RICO Enterprise.

(EDPA No. 19-6116) causing the RICO Enterprise to be unable to make the guaranteed rental income payments to its victims, including Plaintiffs.

8.      Plaintiffs discovered that the RICO Enterprise failed to make any renovations to the two (2) properties and had absconded with the approximately $96,000 Plaintiffs paid to the RICO Enterprise for the renovations.

9.      Further, the RICO Enterprise failed to pay Plaintiffs guaranteed rental income totaling approximately $23,135.

10.     Plaintiffs bring the RICO claim, as well as a number of state law claims, for the fraudulent and wrongful conduct of the RICO Enterprise.

## II.    JURISDICTION & VENUE

11.     Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

12.     This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as this matter involves a federal question, as well as pursuant to 18 U.S.C. §§ 1961-1968 for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") as Defendants have, directly and/or indirectly, made use of the means and/or instrumentalities of interstate commerce in connection with the transactions, acts, practices and courses of business alleged herein.

13.     This Honorable Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

14.     Venue is proper in this District as (i) certain real property that is the subject of the transactions, acts, practices and courses of business alleged herein is situated within this District; (ii) one or more defendants reside within this District; and (iii) one or more of the transactions, acts, practices and courses of business alleged herein occurred within this District.

15.     All Defendants performed substantial business within this District, as described herein, thereby knowingly subjecting themselves to the jurisdiction of this Honorable Court.

**III.    PARTIES**

16.     Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

17.     Plaintiff, Javier Opoczynski, is an adult individual who may be contacted through undersigned counsel. At all material times, Plaintiff, Javier Opoczynski was the co-owner of Plaintiff, Tzipora LLC.

18.     Plaintiff, Ariel Opoczynski, is an adult individual who may be contacted through undersigned counsel. At all material times, Plaintiff, Ariel Opoczynski was the co-owner of Plaintiff, Tzipora LLC.

19.     Plaintiff, Tzipora LLC is a limited liability company existing by virtue of and operating under the laws of the State of Florida, with its primary place of business at the above-captioned address.

20.     Defendant, ABC Capital Investments, LLC is a limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

21.     Defendant, ABC Capital RE LTD is a limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

22.     Defendant, ABC Capital RE is, upon information and belief, a limited liability company with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

23.     Defendant, ABC Capital Miami, LLC is a limited liability company existing by virtue of and operating under the laws of the State of Florida, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

24.     Defendant, ABC Capital Baltimore, LLC is a limited liability company existing by virtue of and operating under the laws of the State of Maryland, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

25.     Defendant, ABC Management - Baltimore, LLC is a limited liability company existing by virtue of and operating under the laws of the State of Maryland, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

26.     Defendant, ABC Capital Finance, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

27.     Defendant, ABC Capital Holdings, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

28.     Defendant, ABC Capital Income Fund, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

29.     Defendant, ABC Capital Realty, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

30.     Defendant, ABC Horizons, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

31.     Defendant, Horizons II, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

32.     Defendant, Philly Metro Builders, LLC, formerly known and registered as Home Cash 1031, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

33.     Defendant, MD First Construction Company, LLC, is a limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with a registered agent at the above-captioned address and is a member of the RICO Enterprise.

34.     Defendant, IPP USA, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

35.     Defendant, IPP-Baltimore, LLC is a  limited liability company existing by virtue of and operating under the laws of the State of Maryland, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

36.     Defendant, AGL Capital Investments, LLC, is a  limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

37.     Defendant, Stateside-Philly, LLC, is a limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with its primary place of business believed to be at the above-captioned address and is a member of the RICO Enterprise.

38.     Defendant, 477 Management, LLC, is a limited liability company existing by virtue of and operating under the laws of the State of Florida, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

39.     Defendant, 477 International Realty, LLC, is a limited liability company existing by virtue of and operating under the laws of the State of Florida, with its primary place of business at the above-captioned address and is a member of the RICO Enterprise.

40.     Defendant, Ricardo Scattolini is an adult individual with a primary workplace at the above-captioned address and is a member of the RICO Enterprise. Defendant, Ricardo Scattolini is an employee of Defendant, ABC Capital Miami, LLC, specifically the Vice Present of Sales and Operations, and an agent of the RICO Enterprise and is named herein due to his personal involvement in fraudulent, deceptive, and/or corrupt representations to and communications with Plaintiffs.

41.     Defendant, Florencia Melendez is an adult individual with a primary workplace at the above-captioned address and is a member of the RICO Enterprise. Defendant, Florencia Melendez is an employee of Defendant, ABC Capital Miami, LLC, responsible for property management and renovations, and an agent of the RICO Enterprise and is named herein due to her personal involvement in fraudulent, deceptive, and/or corrupt representations to and communications with Plaintiffs.

42.     Defendant, Jason "Jay" Walsh is an adult individual with a primary workplace at the above-captioned address and is a member of the RICO Enterprise. As Defendant, Jason "Jay"

Walsh was the "Co-Founder" of Defendant, ABC Capital Investments, LLC, the original "ABC" entity, it is believed and therefore averred that Defendant, Jason "Jay" Walsh is personally knowledgeable of the "pattern of racketeering activities" described herein.

43.    Defendant, Amir Vana is an adult individual with a primary workplace at the above-captioned address and is a member of the RICO Enterprise. As Defendant, Amir Vana was the "Co-Founder" of Defendant, ABC Capital Investments, LLC, the original "ABC" entity, it is believed and therefore averred that Defendant, Amir Vana is personally knowledgeable of the "pattern of racketeering activities" described herein.

44.    Defendant, Yaron Zer is an adult individual with a primary workplace at the above-captioned address and is a member of the RICO Enterprise. As Defendant, Yaron Zer was the "Co-Founder" of Defendant, ABC Capital Investments, LLC, the original "ABC" entity, it is believed and therefore averred that Defendant, Yaron Zer is personally knowledgeable of the "pattern of racketeering activities" described herein.

45.    Defendant, Peter Brooks is an adult individual with a primary workplace at the above-captioned address and is a member of the RICO Enterprise. Defendant, Peter Brook is an employee of Defendant, ABC Management – Baltimore, LLC, and an agent of the RICO Enterprise and is named herein due to his personal involvement in fraudulent, deceptive, and/or corrupt practices described herein.

46.    Defendants, John Does 1-10, is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable hereunder for the reasons set forth below or inferred therefrom. Each of these parties are incorporated as Defendants in each and every count and averment listed above and below. Upon information and belief, Defendants, John Does, were agents, servants, workmen, employees,

affiliates, and/or co-conspirators of Co-Defendant(s) and/or members of the RICO Enterprise, liable to Plaintiffs hereunder.

47.    The term "RICO Enterprise" herein will refer collectively to Defendants, ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments, LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, as well as Individual-Defendants, Ricardo Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and John Does 1-10.

**IV.    OPERATIVE FACTS**

48.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

**THE INITIAL REPRESENTATIONS**

49.    In or around Spring 2019, Plaintiffs, Javier Opoczynski and Ariel Opoczynski learned of a guaranteed investment opportunity through Defendant, Ricardo Scattolini involving "Income Producing Properties" in which Defendant, ABC Capital Miami, LLC would provide guaranteed annual returns on investments in excess of ten percent (10%) per year for the first two years.

50.    Defendant, Ricardo Scattolini represented to Plaintiffs that Defendant, ABC Capital Miami, LLC was a "one-stop shop" for a guaranteed investment opportunity through "income-producing properties", i.e. rental properties.

51.    Defendant, Ricardo Scattolini represented to Plaintiffs that Defendant, ABC Capital Miami, LLC had perfected a process in which it:

a.  would select and coordinate the purchase of a to-be-agreed-upon number of properties for the entity;

b.  coordinate a full renovation of the properties, including roofing, plumbing, electrical, with new appliances, including water heater and boiler or other heating unit – all to be completed within sixty days of settlement on each property; and,

c.  manage all aspects of the Property, including rental, maintenance, taxes, and compliance with all applicable laws, regulations, and ordinances.

52.    Defendant, Ricardo Scattolini represented to Plaintiffs that Defendant, ABC Capital Miami, LLC guaranteed a return on investment in excess of ten percent (10%) for the first two years.

53.    Despite his position with Defendant, ABC Capital Miami, LLC, Defendant, Ricardo Scattolini corresponded with Plaintiffs via his email address with Defendant, 477 International Realty, LLC.

54.    Plaintiffs reasonably and justifiably depended upon the representations from Defendant, Ricardo Scattolini in deciding to invest funds, as well as the representations that Plaintiffs received via the ABC websites.

**THE RICO ENTERPRISE & SELECT WEBSITES**

55.    Defendant, ABC Capital Miami, LLC maintains a website at www.abccapitalmiami.com, which, as of March 18, 2021, describes it's "Product" as follows:

**IPP**

*IPP / Income Producing Properties*

IPP are high performing properties in growing markets with great potential due to the high occupancy rate and demand for rentals, the increase in property prices and the low property taxes.

13

The ABC Capital team analyzes the potential of each property in detail. Once acquired and stabilized, we proceed to the complete remodeling and lease to then offer them to our clients.

In this way, each property is prepared, individually or in groups, as IPP.

The administration of the properties includes maintenance, sending income for rent and reports to our clients offering a comprehensive solution for foreign investors.

*See* Exhibit A, Pages 1-2.

56.    Defendant, ABC Capital Miami, LLC's website, as of March 18, 2021, represents on its website that it has "designed a process that allows us to develop a high performance [sic] product", describing that "process" as follows:

1. SEARCH AND PURCHASE - We do an extensive search and analysis to define the best available properties and acquire them with great benefits.

2. REHABILITATION PROGRAM - A detailed and full remodeling process, completed by professionals. This process includes: structural adjustments/improvements, electrical and plumbing systems, drywall, kitchen and more.

3. LEASE PROGRAM - Once the property is remodeled, we proceed to lease it, ensuring returns above 9% per year.

4. PROPERTY ADMINISTRATION - We take care of the administration including the following: – Receive the rent[,] – Pay expenses[,] – Monitor repairs[,] – Send a monthly account statement.

5. PROPERTY SALE - At this point, the property enters our system, is listed in our sales inventory and offered to investors as a stable option for their portfolio.

*See* Exhibit A, Page 3.

57.    Defendant, ABC Capital Miami, LLC is an affiliate of the original ABC entity, Defendant, ABC Capital Investments, LLC. Defendant, ABC Capital Investments, LLC was founded by Defendants, Jason "Jay" Walsh, Amir Vana, and Yaron Zer in or around March 2011. It is believed and therefore averred that by Defendant, Jason "Jay" Walsh, among others, founded an even earlier ABC entity in or around 2004.

58.    Over the following decade, Defendant, ABC Capital Investments, LLC, at the direction of, *inter alia,* Defendants, Jason "Jay" Walsh, Amir Vana, and Yaron Zer, created a network of

14

ABC affiliates that work in conjunction with each other in the Miami, Baltimore, and Philadelphia markets, including, but not limited to:

    a.  Defendant, ABC Capital RE LTD, which, upon information and belief, focuses on the purchase, sale, and management of real estate in the greater Philadelphia area;

    b.  Defendant, ABC Capital RE, which, upon information and belief, focuses on the purchase, sale, and management of real estate in the greater Philadelphia area;

    c.  Defendant, ABC Capital - Baltimore, LLC, which, upon information and belief, focuses on the purchase and sale of real estate in the greater Baltimore area;

    d.  Defendant, ABC Capital Miami, LLC, which, upon information and belief, focuses on the purchase and sale of real estate in the greater Miami area;

    e.  Defendant, ABC Management – Baltimore, LLC, which, upon information and belief, focuses on the renovation and management of real estate in the greater Baltimore area;

    f.  Defendant, ABC Horizon, LLC, which, upon information and belief, focuses on the purchase and sale of real estate in the greater Baltimore area;

    g.  Defendant, IPP USA, LLC which, upon information and belief, focuses on the entire purchase, sale, and management of real estate;

    h.  Defendant, IPP-Baltimore, LLC, which, upon information and belief, focuses on the entire purchase, sale, and management of real estate in the greater Baltimore area;

    i.  Defendant, Philly Metro Builders, LLC, which, upon information and belief, focuses of the renovation of real estate in the greater Philadelphia area.

j.  Defendant, MD First Construction Company, LLC, which, upon information and

belief, focuses of the renovation of real estate in the greater Baltimore area.

59.    It is believed and therefore averred that Defendants, ABC Capital Finance, LLC, ABC

Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, AGL

Capital Investments, LLC, and Horizons II, LLC are all additional members of RICO Enterprise

that serve "back-office", rather than client-facing, aspects of the RICO Enterprise.

60.    It is believed and therefore averred that Defendant, Ricardo Scattolini in conjunction with

Defendants, 477 Management, LLC and 477 International Realty, LLC, among other unknown

entities and individuals, focus on the marketing and recruitment of potential victims.

61.    Defendant, ABC Capital RE, LTD maintains a website at

www.abccapitalinvestments.com, which, as of March 18, 2021, represents to prospective clients

that:

>    ABC Capital RE, LTD offers a totally passive way to hold Real Estate. No
>    physical or administrative involvement is required from our clients. By working
>    with ABC, you retain legal control through your own entity or in your personal
>    name but we handle the rest of your affairs if you wish. Everything regarding
>    your property is cared for by ABC Capital RE, LTD."

*See* Exhibit B, Page 1

62.    Defendant, ABC Capital RE, LTD's website, as of March 18, 2021, further explains on

its "About ABC Capital" page that:

>    ABC Capital RE, LTD is a one-stop shop for overseas and US real estate clients.
>    We locate, renovate, and manage properties for hands off international/national
>    clients.  You do not have the risk of buying securities but instead your real estate
>    properties remain in your own separate legal entity. ABC has presented our
>    unique value proposition all over the world including cities and countries such as
>    London, Singapore, Tel Aviv, Monaco, and New York. Our rental properties are
>    cash-flow producing in the Philadelphia residential markets.

*See* Exhibit B, Page 4.

16

63.    Defendant, ABC Capital RE, LTD's website, as of March 18, 2021, represents how it

works:

> 1. Choose your income property – ABC researches and locates the best rental properties to compliment our investor's needs and portfolio. Our clients just need to select a property from our stock. Normal range for our properties is from $25,000 to $50,000.
>
> 2. We renovate it for you – The ABC Capital RE, LTD team will renovate your property in a maximum of 120 days. Our team has renovated and developed over 1,000  properties. You will receive a finished product with no effort on your part. The normal cost of our renovations range from $35,000 to $100,000. The cost of renovation is guaranteed by ABC Capital RE, LTD.
>
> 3. Start receiving your rental income – You will receive your first monthly payment never later than 121 days after your purchase and every 30 days thereafter via electronic funds transfers.  First year rent income is guaranteed and starting the second year you may be able to get rent insurance if you so choose. Return on Investments are 14%+ yearly, in addition to property appreciation.

*See* Exhibit B, Page 2.

64.    Defendant, ABC Capital RE, LTD's website, as of March 18, 2021, further represents to

prospective clients the following "Highlights":

> Home Warranty – We fully renovate the properties, including a new roof with a 15-year warranty, but clients also receive a 1-year home warranty (from June 2016, it will only be 6 months) that covers your property for all damages and repairs needed within the first year of your purchase. No maintenance expenses during the first year!
>
> Rent Protect – ABC Capital ensures that your monthly payment is delivered to you without fail. Yes, a guarantee that payments are made to you for the first year after purchase. You may choose to pay for that insurance (if available ) in the 2nd and succeeding years.
>
> Electronic Monthly Payments  – Every month, your Return On Investment is sent to you via electronic funds transfer. Just provide us with the proper wiring instructions and your payments are sent automatically.

*See* Exhibit B, Page 2.

65.     Defendant, ABC Capital RE, LTD's website, as of March 18, 2021, also explained its "Full Renovations" to prospective clients, stating:

> After you purchase a property from our catalog, our sister company, Philly Metro Builders will conduct a FULL renovation. This includes new boiler and new roofing (15 years warranty), so the property will have very little or no maintenance during the next years. The full renovation is conducted in less than 90 days after the purchase of your home.

*See* Exhibit B, Page 3.

## THE INVESTMENTS

66.     In or around May 2019, Defendant, Ricardo Scattolini, believed with the assistance of other unknown individuals, selected two properties for Plaintiffs to purchase. Specifically, the properties were located at:

a.   1214 E. Stafford Street, Philadelphia, PA 19138; and,

b.   2939 Erdman Avenue, Baltimore, MD 21213.

67.     After multiple discussions with Defendant, Ricardo Scattolini, among others on their behalf, Plaintiffs decided to purchase the following properties:

a.   1214 E. Stafford Street, Philadelphia, PA 19138; and,

b.   2939 Erdman Avenue, Baltimore, MD 21213.

68.     At the direction of Defendant, Ricardo Scattolini, Plaintiffs paid the total sums of $234,025 for the purchase and renovation of the foregoing properties.

## 1214 E. STAFFORD STREET, PHILADELPHIA, PA 19138

69.     On or about June 20, 2019, Plaintiffs entered into a Standard Agreement for the Sale of Real Estate to purchase the real property located at and known as 1214 E. Stafford Street, Philadelphia, PA 19138 (the "Stafford Property") from Defendant, ABC Capital RE, LTD for

$85,500. *See* Exhibit C. Defendant, Jason "Jay" Walsh executed the aforementioned contract on behalf of Defendant, ABC Capital Realty LLC. *Id.*

70.     Pursuant to an addendum to the aforementioned contract, Defendant, ABC Capital RE, LTD also contractually agreed to, *inter alia*, the following terms concerning the Stafford Property:

        a.   Property is warrantied for the first twenty-four (24) months and Plaintiffs will have no maintenance costs for the first twenty-four (24) months;

        b.   Roof is warranted for 12 years;

        c.   Rents are guaranteed for $1,250 per month for two (2) years; and,

        d.   Buyer will pay 10% for property management.

*See* Exhibit C, Page 15. Defendant, Jason "Jay" Walsh also executed the aforementioned addendum on behalf of Defendant, ABC Capital Realty LLC. *Id.*

71.     Pursuant to an additional addendum to the aforementioned contract, Defendant, Philly Metro Builders LLC contractually agreed to renovate the entire Stafford Property at a cost of $40,000, including*, inter alia,* (i) new electric; (ii) new plumbing; (iii) new roof; (iv) new kitchen and bathroom; and, (v) new stove and water heater. *See* Exhibit C, Page 17. Defendant, Jason "Jay" Walsh also executed the aforementioned addendum on behalf of Defendant, Philly Metro Builders LLC. *Id.*

72.     On or about July 1, 2019, Plaintiffs also entered into a Property Management Contract with Defendant, ABC Capital Realty LLC concerning the Stafford Property. *See* Exhibit D. Defendant, Jason "Jay" Walsh also executed the Property Management Contract on behalf of Defendant, ABC Capital Realty LLC. *Id.*

73.     Settlement occurred on or about June 26, 2019. *See* Exhibit E.

74.    Plaintiffs paid $130,099.92 in total for the purchase and renovation of the Stafford Property. *See* Exhibit E, Page 1.

75.    However, contrary to the Real Estate Contract of Sale, per the HUD Statement, the seller was actually Non-Party, S.E. Capital Investments, LLC – not Defendant, ABC Capital RE, LTD as per the Standard Agreement for the Sale of Real Estate. *Compare* Exhibit C, Page 1 with Exhibit E, Page 1.

76.    Further, despite paying $40,000 for "Rehab" costs (*See* Line 109 to Exhibit C) and the contractual agreement for renovations with Defendant, Philly Metro Builders LLC to perform the renovations, Defendants did not direct any funds to be paid to Defendant, Philly Metro Builders LLC. *See* Exhibit G. Instead, "USA Rebuilders" was paid $5,000 for "Renovation" work. *Id.*

77.    Further, Defendant, ABC Capital Miami, LLC received a commission of $6,275 and a "Processing Fee" of $499. *See* Exhibit E, Pages 3 & 4.

78.    Further still, Defendant, ABC Capital RE received a payment of $15,730.08 "As Billed". *See* Exhibit E, Page 4.

79.    Further still, Defendant, Yaron Zer received a payment of $1,000 "As Billed". *See* Exhibit E, Pages 2-3.

80.    Upon information and belief, Defendants, Yaron Zer and "USA Rebuilders" did nothing to earn the payments.

81.    Despite the contractual guarantee of rental payments for a period of twenty-four (24) months from Defendant, ABC Capital RE, LTD, Plaintiffs only received rental payments for fourteen (14) months, for a total of $15,760.

82.    Further, despite paying for the full renovation of the Stafford Property, Defendants failed to make *any* renovations thereto; but instead absconded with the $40,000 paid for renovations.

20

83.    In 2021, Plaintiffs discovered that the Stafford Property is in a state of disrepair.

84.    In 2021, Plaintiffs discovered that Defendant, ABC Capital Realty LLC, in breach of the Property Management Agreement, failed to obtain a rental permit from the City of Philadelphia for the Stafford Property; Plaintiffs received a fine as a result.

85.    In an effort to stop their losses, Plaintiffs caused the Stafford Property to be sold in October 2022 for only $90,000 as a result of Defendants' intentional failure to renovate the Property; Plaintiffs received approximately $70,000 net from the sale after paying for municipal liens and possible water liens. In fact, Plaintiffs were forced to incurred $5,247 to evict a tenant due to Defendant, ABC Capital Realty LLC's abysmal property management.

### 2939 ERDMAN AVENUE, BALTIMORE, MD 21213

86.    On or about May 10, 2019, Plaintiffs entered into a Real Estate Contract of Sale to purchase the real property located at and known as 2939 Erdman Avenue, Baltimore, MD 21213 (the "Erdman Property") from Defendant, ABC Capital Baltimore, LLC for $42,950. *See* Exhibit F. Defendant, Jason "Jay" Walsh executed the aforementioned contract on behalf of Defendant, ABC Capital Baltimore, LLC. *Id.*

87.    Pursuant to an addendum to the aforementioned contract, Defendant, ABC Capital - Baltimore, LLC also contractually agreed to, *inter alia*, the following terms concerning the Erdman Property:

    a.    Property is warrantied for the first twenty-four (24) months and Plaintiffs will have no maintenance costs for the first twenty-four (24) months;

    b.    Roof is warranted for 12 years;

    c.    Rents are guaranteed for $1,300 per month for two (2) years; and,

    d.    Buyer will pay 10% for property management.

*See* Exhibit F, Page 5. Defendant, Jason "Jay" Walsh also executed the aforementioned addendum on behalf of Defendant, ABC Capital - Baltimore, LLC. *Id.*

88.     Pursuant to an additional addendum to the aforementioned contract, Defendant, ABC Capital - Baltimore, LLC contractually agreed to renovate the entire Erdman Property at a cost of $56,000, including*, inter alia,* (i) new electric; (ii) new plumbing; (iii) new roof; (iv) new kitchen and bathroom; and, (v) new stove and water heater. *See* Exhibit F, Page 7. Defendant, Jason "Jay" Walsh also executed the aforementioned addendum on behalf of Defendant, ABC Capital - Baltimore, LLC. *Id.*

89.     On or about July 1, 2019, Plaintiffs also entered into a Property Management Contract with Defendant, ABC Capital - Baltimore, LLC concerning the Erdman Property. *See* Exhibit G. Defendant, Jason "Jay" Walsh also executed the Property Management Contract on behalf of Defendant, ABC Capital - Baltimore, LLC. *Id.*

90.     Settlement occurred on or about July 1, 2019. *See* Exhibit H.

91.     Plaintiffs paid $103,925 in total for the purchase and renovation of the Erdman Property. *See* Exhibit H, Page 1.

92.     However, contrary to the Real Estate Contract of Sale, per the HUD Statement, the seller was actually Defendant, ABC Horizons, LLC – not Defendant, ABC Capital - Baltimore, LLC as per the Standard Agreement for the Sale of Real Estate. *Compare* Exhibit F, Page 1 with Exhibit H, Page 1.

93.     Defendants, ABC Management – Baltimore, LLC, MD First Construction Company, LLC, and "USA Rebuilders" received a total of $62,105.55 for payment of the renovation costs. *See* Exhibit H, Page 2.

94.     Further, Defendants, ABC Capital Miami, LLC received a "commission" of $3,958 and a "Processing Fee" of $499. *See* Exhibit H, Page 2.

95.     Despite the contractual guarantee of rental payments for a period of twenty-four (24) months from Defendant, ABC Capital - Baltimore, LLC, Plaintiffs only received rental payments for fourteen (14) months, for a total of $16,185.

96.     Further, despite paying for the full renovation of the Erdman Property, Defendants failed to make *any* renovations thereto; but instead absconded with the $56,000 paid for renovations.

97.     In 2021, Plaintiffs discovered that the Erdman Property is in a state of disrepair.

98.     In an effort to stop their losses, Plaintiffs caused the Erdman Property to be sold in October 2022 for only $135,200 as a result of Defendants' intentional failure to renovate the Property.

99.     In fact, Plaintiffs paid approximately $19,730 in repairs to make the Erdman Property marketable.

100.     It is believed and therefore averred that the RICO Enterprise maintained its front as a successful real estate investment firm through a ponzi-like scheme or practice. Specifically, the RICO Enterprise would use funds of new investors, including funds specifically earmarked for renovations of those new investors' properties, to make the guaranteed rental payments to prior investors and/or to buy-back the prior investors' properties, while also lining their own pockets.

101.     It is believed and therefore averred that the pool of new investors was running dry by March 2020 due to the aforementioned RICO lawsuit being filed on or about December 24, 2019 (EDPA No. 19-6116).

102.     One or more members of the RICO Enterprise, believed to include, but not be limited to, Defendants, Jason "Jay" Walsh, Ricardo Scattolini, Florencia Melendez, Amir Vana, and Yaron

Zer, knew and intended for the foregoing properties to *not* be renovated and instead knowingly

directed the RICO Enterprise to use the rehabilitation sums to pay prior investors the guaranteed

rental income payments and/or settlement payments.

**V.    CAUSES OF ACTION**

**COUNT I**

**Violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO")**

*Plaintiffs v. ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments, LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, Ricardo Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and John Does 1-10*

103.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

104.    Plaintiffs, Javier Opoczynski, Ariel Opoczynski, and Tzipora LLC are "persons" as that

term is defined for purpose of the RICO Act. *See* 18 U.S.C. §1961(3).

105.    Defendants, ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE,

ABC Capital Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC,

ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC,

ABC Capital Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC,

MD First Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital

Investments, LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty,

LLC, Ricardo Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter

Brooks, and John Does 1-10 are "persons" as that term is defined for purpose of the RICO Act.

*See* 18 U.S.C. §1961(3).

106.    ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital

Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital

Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital

Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First

Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments,

LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, Ricardo

Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and

John Does 1-10 constitute an "enterprise" as that term is defined for purpose of the RICO Act.

*See* 18 U.S.C. §1961(4).

107.    ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital

Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital

Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital

Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First

Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments,

LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, Ricardo

Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and

John Does 1-10 acted together to form an association-in-fact for the common and continuing

purpose to defraud persons", through a ponzi-like scheme surrounding "income producing

properties" as described in detail herein, including but not limited to Plaintiffs.

108.    ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital

Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital

Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital

Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First

Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments,

LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, Ricardo

Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and John Does 1-10 formed an enterprise and association-in-fact with an ascertainable authority structure that was separate and distinct from any formal corporate structure, i.e. the RICO Enterprise.

109.    The RICO Enterprise, knowingly, fraudulently, deceptively, and unlawfully engaged in the affairs of the RICO Enterprise through a "pattern of racketeering activities", that is believed to be ongoing, as that term is defined for purpose of the RICO Act. *See* 18 U.S.C. §1961(1).

110.    The RICO Enterprise engaged in a pattern of indictable conduct, including conduct indictable under 18 U.S.C. 1341 (relating to mail fraud), 18 U.S.C. 1343 (relating to wire fraud), and 18 U.S.C. 1952 (relating to racketeering) in that the RICO Enterprise made use of the facilities of interstate commerce in furtherance of its ponzi-like scheme to defraud individuals, including, but not limited to, Plaintiffs herein as well as the thirty-three plaintiffs in *American Hypnotherapy Society, LLC, et al. v. ABC Capital Investments, LLC, et al* (EDPA No. 19-6116); two plaintiffs in *Dr. Jose Michan-Levy, et al v. ABC Capital Investments, LLC, et al* (EDPA 21-01917); two plaintiffs in *Shlomy Erba, et al v. ABC Capital RE, LTD., et al* (EDPA 22-03188); and, two plaintiffs in *Anibal Orrico, et al. v. ABC Capital Invesments, LLC, et al* (EDPA 22-03960).

111.    The RICO Enterprise engages in and affects interstate commerce, including, but not limited to, in the State of Florida, the State of Maryland, and the Commonwealth of Pennsylvania, as well as overseas. Upon information and belief, the RICO Enterprise also engages in and affects interstate commerce in the State of Michigan and the State of Missouri.

112.    As a result of the RICO Enterprise's pattern of racketeering activities, the RICO Enterprise defrauded Plaintiffs to their financial detriment.

113.    Pursuant to 18 U.S.C. § 1964, Plaintiffs are entitled to treble damages, reasonable attorneys' fees, and costs of suit for the violations committed.

**COUNT II**
**Fraud**
*Plaintiffs v. Defendants, ABC Capital Miami, LLC, 477 Management, LLC 477 International Realty, LLC, Ricardo Scattolini& Jason "Jay" Walsh*

114.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

115.    Defendants, ABC Capital Miami, LLC, 477 Management, LLC, and 477 International Realty, LLC, by and through, Defendants, Ricardo Scattoliniand Jason "Jay" Walsh represented to Plaintiffs that in exchange for payment, Defendants, ABC Capital Miami, LLC, 477 Management, LLC, and 477 International Realty, LLC would:

      a.    select and coordinate the purchase of the two properties for the entity;

      b.    coordinate a full renovation of the two properties within sixty days of settlement on each property, if not already completed; and,

      c.    manage all aspects of the Property, including rental, maintenance, taxes, and compliance with all applicable laws, regulations, and ordinances.

116.    Defendants, ABC Capital Miami, LLC, 477 Management, LLC, and 477 International Realty, LLC, by and through, Defendants, Ricardo Scattolini andJason "Jay" Walsh explained that ABC Capital Miami, LLC guaranteed a return on investment in excess of nine percent per year.

117.    Defendants, ABC Capital Miami, LLC, 477 Management, LLC, and 477 International Realty, LLC, by and through, Defendants, Ricardo Scattolini and Jason "Jay" Walsh knew that the foregoing representations were false and misleading yet made the representations with the intent for Plaintiffs to rely thereupon.

118.    Plaintiffs justifiably depended upon the representations of Defendants, ABC Capital

Miami, LLC, 477 Management, LLC, and 477 International Realty, LLC, by and through,

Defendants, Ricardo Scattolini and Jason "Jay" Walsh to Plaintiffs' financial detriment.

### COUNT III
**Breach of Contract**
*Plaintiffs v. Defendant, Philly Metro Builders, LLC*

119.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

120.    In June 2019, Plaintiffs entered into a contract with Defendant, Philly Metro Builders

LLC for the full renovation of the Stafford Property. *See* Exhibit C, Page 17.

121.    Plaintiffs paid Defendant, Philly Metro Builders, LLC the full amount due for the

renovation of the Stafford Property.

122.    Defendant, Philly Metro Builders LLC breached the foregoing contract by failing to

make *any* renovations to the Stafford Property to Plaintiffs' financial detriment.

### COUNT IV
**Breach of Contract**
*Plaintiffs v. , Defendant, ABC Capital - Baltimore, LLC*

123.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

124.    In May 2019, Plaintiffs entered into a contract with Defendant, ABC Capital - Baltimore,

LLC for the full renovation of the Erdman Property. *See* Exhibit F, Page 7.

125.    Plaintiffs paid Defendant, ABC Capital - Baltimore, LLC the full amount due for the

renovation of the Erdman Property.

126.    Defendant, ABC Capital - Baltimore, LLC breached the foregoing contract by failing to

make *any* renovations to the Erdman Property to Plaintiffs' financial detriment.

### COUNT V
**Breach of Contract**
*Plaintiffs v. Defendant, ABC Capital RE LTD*

127.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

128.    As described in more detail *supra*, Plaintiffs entered into a contract with Defendant, ABC Capital RE LTD that guaranteed rental payments at a net amount of $1,125 for a set period of twenty-four (24) months for the Stafford Property. *See* Exhibit C, Page 15.

129.    Defendant, ABC Capital RE, LTD breached the terms of that contract by failing to pay the total amount of guaranteed rental payments for the set period of time; specifically, in the amount of $11,240.

**COUNT VI**
**Breach of Contract**
*Plaintiffs v. Defendant, ABC Capital - Baltimore, LLC*

130.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

131.    As described in more detail *supra*, Plaintiffs entered into a contract with Defendant, Defendant, ABC Capital - Baltimore, LLC that guaranteed rental payments at a net amount of $1,170 for a set period of twenty-four (24) months for the Erdman Property. *See* Exhibit F, Page 5.

132.    Defendant, Defendant, ABC Capital - Baltimore, LLC breached the terms of that contract by failing to pay the total amount of guaranteed rental payments for the set period of time; specifically, in the amount of $11,895.

133.    Further, pursuant to the aforementioned contract with Defendant, ABC Capital - Baltimore, LLC, Plaintiffs were not to incur any maintenance / repair costs for the first twenty-four months following their purchase of the Erdman Property. In fact, Plaintiffs paid with Defendant, ABC Capital - Baltimore, LLC $56,000 towards renovation of the Erdman Property.

134.    As a further result of Defendant, ABC Capital - Baltimore, LLC's breach of the aforementioned contract, Plaintiffs incurred $19,730 in repairs to the Erdman Property.

## COUNT VII
### Breach of Contract
*Plaintiffs v. Defendant, ABC Capital Realty LLC*

135.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

136.    Plaintiffs entered into a Property Management Contract with Defendant, ABC Capital

Realty, LLC concerning the Stafford Property. *See* Exhibit D.

137.    It is believed and therefore averred that Defendant, ABC Capital Realty, LLC received

compensation for the management of the Stafford Property.

138.    However, despite contractually agreeing to manage the aforementioned properties,

Defendant, ABC Capital Realty, LLC breached the foregoing contract by failing to:

   a.   Take reasonable business steps to ensure the properties were leased during its
        management of the properties;

   b.   Take reasonable business steps to ensure the utilities used in the properties were
        paid;

   c.   Take reasonable business steps to preserve the condition of the properties;

   d.   Take reasonable steps to repair the properties;

   e.   Take reasonable steps to ensure the properties met minimum, applicable codes
        and ordinances;

   f.   Take reasonable steps to evict any non-rent-paying tenats; and,

   g.   Other breaches of the contract as may be discovered during the course of this
        lawsuit.

139.    As a result of Defendant, ABC Capital Realty, LLC's breaches of the foregoing contract,

Plaintiffs have been financially harmed.

## COUNT VIII
### Breach of Contract

*Plaintiffs v. Defendant, ABC Capital - Baltimore, LLC*

140.  Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

141.  Plaintiffs entered into a Property Management Contract with Defendant, ABC Capital - Baltimore, LLC concerning the Erdman Property. *See* Exhibit D.

142.  It is believed and therefore averred that Defendant, ABC Capital - Baltimore, LLC received compensation for the management of the Erdman Property.

143.  However, despite contractually agreeing to manage the aforementioned properties, Defendant, ABC Capital - Baltimore, LLC breached the foregoing contract by failing to:

   a.  Take reasonable business steps to ensure the properties were leased during its management of the properties;

   b.  Take reasonable business steps to ensure the utilities used in the properties were paid;

   c.  Take reasonable business steps to preserve the condition of the properties;

   d.  Take reasonable steps to repair the properties;

   e.  Take reasonable steps to ensure the properties met minimum, applicable codes and ordinances;

   f.  Failure to comply with notices from the City of Baltimoore; and,

   g.  Other breaches of the contract as may be discovered during the course of this lawsuit.

144.  As a result of Defendant, ABC Capital - Baltimore, LLC's breaches of the foregoing contract, Plaintiffs have been financially harmed, including, but not limited to fines from the City of Baltimore in the amount of $3,848.76.

**COUNT IX**
**Unjust Enrichment**

*Plaintiffs v. ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments, LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, Ricardo Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and John Does 1-10*

145.    Plaintiffs incorporate the foregoing paragraphs as if set forth at length herein.

146.    Under the circumstances described herein, Defendants have been unjustly enriched.

**VI.    PRAYER FOR RELIEF**

      **WHEREFORE**, Plaintiffs, Javier Opoczynski, Ariel Opoczynski, and Tzipora LLC, by and through their undersigned counsel, respectfully demand judgment in their favor and against Defendants, ABC Capital Investments, LLC, ABC Capital RE LTD, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital Baltimore, LLC, ABC Management - Baltimore, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, ABC Horizons, LLC, Horizons II, LLC, Philly Metro Builders, LLC, MD First Construction Company, LLC, IPP USA, LLC, IPP-Baltimore, LLC, AGL Capital Investments, LLC, Stateside-Philly, LLC, , 477 Management, LLC, 477 International Realty, LLC, Ricardo Scattolini, Florencia Melendez, Jason "Jay" Walsh, Amir Vana, Yaron Zer, Peter Brooks, and John Does 1-10, individually or jointly and severally, in an amount well in excess of three hundred thousand dollars ($300,000), including all direct, compensatory, and consequential damages, plus statutory and punitive damages, attorney fees and costs, and such other and further relief as this Honorable Court deems necessary and just.

                                                            Respectfully Submitted,

**WEISBERG LAW**                             **SCHAFKOPF LAW, LLC**

*/s/ L. Anthony DiJiacomo, III*               */s/ Gary Schafkopf*

Matthew B. Weisberg                    Gary Schafkopf
L. Anthony DiJiacomo, III              *Attorneys for Plaintiffs*