## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAVIER OPOCZYNSKI, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ABC CAPITAL INVESTMENTS LLC,** | : | |
| **et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-04368** |

# O R D E R

**AND NOW,** this **3rd** day of **June 2025**, upon review of the docket and the December 30, 2024 Stipulation (ECF No. 79), it is hereby **ORDERED** that judgment is entered as to the remaining Defendants in this matter in accordance with the remaining Parties' agreed-upon Stipulation (ECF No. 79). The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**